IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE B. FLORES, | |
|     Plaintiff, | No. C 13-04338 JSW |
| v. | |
| AURORA LOAN SERVICES, et al., | **ORDER VACATING HEARING ON MOTION TO DISMISS** |
|     Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, February 7, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: February 3, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE