**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE B. FLORES,<br><br>    Plaintiff,<br><br>  v.<br><br>AURORA LOAN SERVICES, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-04338 JSW<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *Flores v. Aurora Loan Services*, Case No. 12-0756 RS.

**IT IS SO ORDERED.**

Dated: February 3, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE