Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California  92101
Tel:    619-807-2628
Fax:    866-575-7413
Email: cmarshall@marshallestatelaw.com

Attorneys for Plaintiffs
IRENE B. FLORES and
PANFILO L. FLORES, JR.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE  B. FLORES and PANFILO L. FLORES, JR.<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>AURORA LOAN SERVICES LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DEUTSCHE BANK TRUST COMPANY AMERICAS as Trustee for RALI SERIES 2007-QH9 TRUST MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QH9<br><br>　　　　Defendant(s). | Case No.: 13-cv-04338-JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE PURSUANT TO  CIVIL LOCAL RULE 6-2** |

//

//

//

//

//

1  The Court, having reviewed the parties' Stipulated Request for Order Changing Date of Case
2  Management Conference Pursuant to Civil Local Rule 6-2 and accompanying Declaration of Good
3  Cause,
4  PURSUANT TO STIPULATION, IT IS SO ORDERED, that the Case Management Conference is
5  CONTINUED to June 6, 2014 at 11:00 a.m.

Dated: March 5, 2014

_____
Jeffrey S. White
United States District Judge